UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:24mc136

FILED
CHARLOTTE, NC

SEP 25 2024

US District Court
Western District of NC

In the Matter of:

**DESIGNATION OF MAGISTRATE JUDGE JAMES P. MAZZONE IN THE WESTERN DISTRICT OF NORTH CAROLINA**

Under 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the Chief Judges of the Districts involved, a United States Magistrate Judge may be temporarily assigned to perform any of the duties specified in subsection (a), (b), or (c) of Section 636 in a judicial district other than the judicial district for which he or she has been appointed. No Magistrate Judge shall perform any of such duties in a District to which he or she has been temporarily assigned until an order has been issued by the Chief Judge of such district specifying (1) the emergency by reason of which the Magistrate Judge is being transferred, (2) the duration of his or her assignment, and (3) the duties which he or she is authorized to perform.

The Western District of North Carolina certifies the need for periodic emergency assistance from the Honorable James P, Mazzone, a Magistrate Judge in the Northern District of West Virginia, to perform the duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c). The emergency is a temporary, but extended period of unavailability of an active Magistrate Judge. During this time, there is a need for a visiting Magistrate Judge to handle the Court's daily criminal dockets. The Western District of North Carolina further certifies that it will coordinate its requirements with Judge Mazzone so that the visiting Magistrate Judge's assistance will not conflict with the performance of the Magistrate Judge's current assignments to the Northern District of West Virginia. The Honorable Thomas S. Kleeh, Chief Judge of the Northern District of West Virginia, has expressed his concurrence with this Order.

IT IS THEREFORE ORDERED, that United States Magistrate Judge James P. Mazzone is hereby designated to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Western District of North Carolina, from October 15, 2024 through March 29, 2025, and for such further time as may be required for the Judge to complete unfinished business that was assigned to the Judge during that period of time.

IT IS SO ORDERED

September 25, 2024

_____
Martin Reidinger
Chief United States District Judge
Western District of North Carolina